DECEMBER 9, 1996

No. D–1721. IN RE DISBARMENT OF BARTRON. Disbarment entered. [For earlier order herein, see 518 U. S. 1052.]

No. D–1731. IN RE DISBARMENT OF BROWN. Disbarment entered. [For earlier order herein, see *ante*, p. 923.]

No. D–1732. IN RE DISBARMENT OF SILVER. Disbarment entered. [For earlier order herein, see *ante*, p. 923.]

No. D–1757. IN RE DISBARMENT OF TAFFER. Jack J. Taffer, of Miami, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1758. IN RE DISBARMENT OF MORRELL. Michael Xavier Morrell, of Washington, D. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–36. ABATE *v.* WALTON. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. M–37. CROSS *v.* CALIFORNIA; and
No. M–38. CROSS *v.* MURPHY. Motions for leave to proceed *in forma pauperis* without affidavits of indigency executed by petitioner denied.

No. 95–1621. HARBOR TUG & BARGE CO. *v.* PAPAI ET UX. C. A. 9th Cir. [Certiorari granted, 518 U. S. 1055.] Motion of Shipbuilders Council of America et al. for leave to file a brief as *amici curiae* granted.